Your Name: Lindsey L. Austin
Address: 1225 Griffin Dr. Vallejo, Ca 94589
Phone Number: (707) 704-8295   (707) 712-5356
Fax Number:
E-mail Address: representativeaustin@gmail.com
Pro Se Plaintiff   Lindsey L. Austin

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lindsey L. Austin <br><br> Plaintiff(s), <br> vs. <br><br> Kiewit Infrastructure West Co <br> & <br> Cherne Contracting Corporation <br> Defendant. | Case Number: C17-1920 <br><br> **COMPLAINT FOR RETALIATION** <br> **Notice of Related Cases** <br> Case No: 3:16-CV-04519-JST <br> (Honorable Jon S. Tigar) <br> DEMAND FOR JURY TRIAL <br> **Yes x**   No ☐ |

FILED
APR - 6 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

COMPLAINT
PAGE ___ OF ___   *[JDC TEMPLATE – 05/16]*

## PARTIES

1. **Plaintiff.**

Name: Lindsey L. Austin

Address: 1225 Griffin Dr. Vallejo, Ca 94589

Phone number: (707) 704-8295 cell. (707) 712-5356 bus.

2. **Defendant.**

Name: Kiewit Infrastructure West Co/ Cherne Contracting Corporation

Address: 4650 Business Center Drive, Fairfield, Ca 94534

Phone number: (707) 439-7300

## JURISDICTION

3. My case belongs in federal court under federal question jurisdiction because it is based on *[mark each law that applies]*:

> **xTitle** VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17 *[for claims of discrimination based on race, color,]*
>
> **x**Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634

## VENUE

*The counties in this district are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Circle each venue option that applies.*

4. Venue is appropriate in this Court because: (1) A substantial part of the events I am suing about happened in this district; **INTRADISTRICT ASSIGNMENT**

5. Because this lawsuit arose in Contra Costa County, it should be assigned to the Oakland Division of this Court.

## STATEMENT OF FACTS AND CLAIMS

☒ During the relevant time period, I was employed or sought employment by defendant as **ScaffoldErector/CivilCarpenter**.

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 05/16]*

6. The job responsibilities included Erecting & dismantling_ scaffolding. Civil Capenter, prefab assembly and install concrete forms. Form striping and misc. carpentry.

7. I filed charges with the Equal Employment Opportunity Commission (or the California Department of Fair Employment and Housing) regarding defendant's conduct on or about *January 10, 2017.*

8. The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter, which was received by me on or about *January 13, 2017.*

### First Claim for Relief
### (Retaliation)

1. I engaged in protected activity
    - X. On March 18, 2014, I complained to E.E.O.C./D.F.E.H, about discrimination on the basis of: **x** race or color; **X** age.
    - ☒ On *[date]* _May 16, 2016, I participated in an investigation or hearing by CR/TIU Supervisor Eric Darius. The investigation or hearing related to discrimination on the basis of: **x race or color; x age;**
2. Because of this protected activity, I was subject to an adverse employment action and harmed by defendant, **X** termination on October 17, 2016

1. Retaliatory act was done 5 days after the defendant flatiron/ Kiewit was summons to appear and respond to a previous discrimination complaint (Case No: 3:16-CV-04519-JST), which is an act protected under Federal Title VII of the Civil Rights Act of 1964, 42 U.S.C.2000e to 2000 e-17. Discrimination act of 1967, 29 U.S.C.,621 to 634.

2. I previously worked for Cherne for close to a year on another project, for which we had an excellent working relationship. This was prior to the defendant Kiewit purchasing Cherne sometime or about the beginning of 2016.

3. I was dispatch out as a Scaffold, Erector, while obtaining my site safety training and RSO, Cherne put a request in with the Union to re-dispatch me out as a Civil Carpenter a position I previously held for this company. Flatiron Kiewit was served with a summons on October 12, 2016 by the U.S. Marshall.

On October 13, 2016 I completed Cherne 10 hours Safety training.

My work schedule was 4 days a week 10 hour days, so on the 13th that was my last day of work for that week. On October 14, 2016 I was contacted by an employee from a competing company from the same job site, located at Chevron refinery, informing me that Cherne had plans to lay me off, he also offered me a position with their company if I were to take the offer that day, October 14, 2016. I informed him of my understanding of my good working relationship with Cherne and I had no intent to dishonor my dispatch. October 17, 2016 I went to work and I was laid off. I asked what was the reason I was being laid off and my foreman informed me that it had came from the hire ups, and he had nothing to do with it nor did Cherne. The hire ups is Kiewit the new owners of the company.

This letter is a statement of facts by Lindsey Austin pertaining to the complaint of retaliation from Kiewit parent company of Cherne Construction Corp. I was given dispatch papers as SCAFFOLDING October 3rd, 2016 started October 6th, 2016 (See Attachment I Dispatch Paper Work). October 12th, 2016 I was asked to switch to CIVIL CARPENTER and laid off Monday October 17th, 2016. My check was ready at the end of the day which was 4 hours short. I did not receive a Brass (ornament used to clock in and out when we arrive and return with the Sulfur

Monitors at the end of the work shift) to keep my time sheet as all the other workers received when we arrived to work 6AM Monday October 17th, 2016.

The overwhelming evidence of retaliation was clear to me because I went to the Union Hall to report the 4 hours shorted in my payment Tues morning October 18th, 2016. 30 hours later the Union Hall had the remaining balance of my check Wed. October 19th, 2016 at 3PM. Kiewit was served October 12th, 2016 (See Attachment II Proof of Subpoena served) and when I was switched from SCAFFOLDING to CIVIL CARPENTER was also on the 12th of October. The Union had to be contacted to approve my switch which also means the higher ups approved the switch but my name has been black listed with Kiewit due to my pending case against Kiewit. On Monday they did not plan to keep me the whole day but I'd finished every task safely and even helped other carpenters finish their duties…so they kept me on. I was the first to arrive and last to leave on Monday October 17th, 2016. My Foreman even told me he was not laying me off it was coming from the higher ups. The plan was set to only work me a certain amount of time and lay me off before lunch that is why I believe my check was 4 hours short. The fact that the same corporate check from corporate was ready for me Monday and overnighted the balance on Wednesday from corporate proves they were retaliating against me from the pending lawsuit ( See Attachment III Check stubs). No other Civil Carpenters were laid off. I am asking for an investigation of my laid off position. I believe they have hired other Civil Carpenters, as I understand Cherne is no longer hiring from the Martinez Hall office where I was hired from because they have to hire me first since I was "laid off". To my knowledge Cherne/Kiewit are hiring out of the Vallejo Hall in order to keep from bringing me back to work.

Sincerely,

### Demand for Relief

Plaintiff respectfully requests the following relief:

1. Equitable relief
2. Compensatory damages
3. Costs and attorneys' fees as permitted by law

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 05/16]*

4. Any other relief the Court deems proper

    *x[list other relief]PunitiveDamages*

## Demand for Jury Trial

Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: March 27, 2017      Sign Name: _____

                          Print Name: Lindsey L. Austin



STATE OF CALIFORNIA | State and Consumer Services Agency  GOVERNOR EDMUND G. BROWN, JR.

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
DIRECTOR PHYLLIS W. CHENG

2218 Kausen Drive, Suite 100 | Elk Grove, CA | 95758
800-884-1684 | Videophone for the DEAF 916-226-5285 | TTY 800-700-2320
www.dfeh.ca.gov | e-mail: contact.center@dfeh.ca.gov

EEOC Number: 555-2017-00291C
Case Name: Lindsey L. Austin vs. KIEWIT
Filing Date: January 10, 2017

## NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being dual filed with the California Department of Fair Employment and Housing (DFEH) by the U.S. Equal Employment Opportunity Commission (EEOC). The complaint will be filed in accordance with California Government Code section 12960. This notice constitutes service pursuant to Government Code section 12962.

The EEOC is responsible for the processing of this complaint and the DFEH will not be conducting an investigation into this matter. Please contact EEOC directly for any discussion of the complaint or the investigation.

## NOTICE TO COMPLAINANT OF RIGHT-TO-SUE

This letter is also your Right to Sue notice. This Right-To-Sue Notice allows you to file a private lawsuit in State court. According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The lawsuit may be filed in a State of California Superior Court. Government Code section 12965, subdivision (b), provides that such a civil action must be brought within one year from the date of this notice. Pursuant to Government Code section 12965, subdivision (d)(1), this one-year period will be tolled during the pendency of the EEOC's investigation of your complaint. You should consult an attorney to determine with accuracy the date by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed.

If you have questions about the right to file under federal law, please contact the EEOC using the contact information below.

EEOC Northern California
450 Golden Gate Ave 5-West
PO Box 36025
San Francisco, CA 94102
(415) 522-3000

EEOC Southern California
255 East Temple Ste., 4th Floor
Los Angeles, CA 90012
(213) 894-1100

DFEH-200-02 (01/13)

EEOC Form 161-B (11/16)   U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: Lindsey L. Austin
1225 Griffin Drive
Vallejo, CA 94589

From: Oakland Local Office
1301 Clay Street
Suite 1170 N
Oakland, CA 94612

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 555-2017-00291 | Steven T. Hunt, Investigator | (510) 637-3239 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[X] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_Dana [signature]_   01/10/17
Dana C. Johnson,   (Date Mailed)
Local Office Director

Enclosures(s)

cc: Director of Human Resources
Human Resources Department
KIEWIT
4650 Business Center Drive
Fairfield, CA 94534



STATE OF CALIFORNIA | State and Consumer Services Agency  GOVERNOR EDMUND G. BROWN, JR.

## DEPARTMENT OF FAIR EMPLOYMENT & HOUSING

DIRECTOR PHYLLIS W. CHENG

2218 Kausen Drive, Suite 100 | Elk Grove, CA | 95758
800-884-1684 | Videophone for the DEAF 916-226-5285 | TTY 800-700-2320
www.dfeh.ca.gov | e-mail: contact.center@dfeh.ca.gov

EEOC Number: 555-2017-00290C
Case Name: Lindsey L. Austin vs. CHERNE
Filing Date: January 10, 2017

### NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being dual filed with the California Department of Fair Employment and Housing (DFEH) by the U.S. Equal Employment Opportunity Commission (EEOC). The complaint will be filed in accordance with California Government Code section 12960. This notice constitutes service pursuant to Government Code section 12962.

The EEOC is responsible for the processing of this complaint and the DFEH will not be conducting an investigation into this matter. Please contact EEOC directly for any discussion of the complaint or the investigation.

### NOTICE TO COMPLAINANT OF RIGHT-TO-SUE

This letter is also your Right to Sue notice. <u>This Right-To-Sue Notice allows you to file a private lawsuit in State court</u>. According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The lawsuit may be filed in a State of California Superior Court. Government Code section 12965, subdivision (b), provides that such a civil action must be brought within one year from the date of this notice. Pursuant to Government Code section 12965, subdivision (d)(1), this one-year period will be tolled during the pendency of the EEOC's investigation of your complaint. You should consult an attorney to determine with accuracy the date by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed.

If you have questions about the right to file under federal law, please contact the EEOC using the contact information below.

EEOC Northern California
450 Golden Gate Ave 5-West
PO Box 36025
San Francisco, CA 94102
(415) 522-3000

EEOC Southern California
255 East Temple Ste., 4th Floor
Los Angeles, CA 90012
(213) 894-1100

DFEH-200-02 (01/13)

EEOC Form 161-B (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Lindsey L. Austin<br>1225 Griffin Drive<br>Vallejo, CA 94589 | From: | Oakland Local Office<br>1301 Clay Street<br>Suite 1170 N<br>Oakland, CA 94612 |
|---|---|---|---|

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 555-2017-00290 | Steven T. Hunt,<br>Investigator | (510) 637-3239 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ]   More than 180 days have passed since the filing of this charge.

[X]   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X]   The EEOC is terminating its processing of this charge.

[ ]   The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ]   The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ]   The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____     01/10/2017
Dana C. Johnson,     (Date Mailed)
Local Office Director

Enclosures(s)

cc:   Nikole Mandy
Human Resources Manager
CHERNE CONSTRUCTION CORP.
9855 West 78th Street, Suite 400
Eden Prairie, MN 55344

EEOC Form 5 (11/09)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 555-2017-00291 |

California Department Of Fair Employment & Housing and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Lindsey L. Austin | (707) 704-8295 | 1970 |

Street Address: 1225 Griffin Drive, Vallejo, CA 94589

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| KIEWIT | Unknown | (707) 439-7300 |

Street Address: 4650 Business Center Drive, Fairfield, CA 94534

DISCRIMINATION BASED ON: ☒ RETALIATION

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-17-2016
Latest: 10-17-2016

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I was given dispatch papers as SCAFFOLDING on or about October 3, 2016 and start my employment with Respondent on or about October 6, 2016. I was qualified for this position and performed my job duties satisfactorily.

On or about October 12, 2016 I was asked to switch to CIVIL CARPENTER. On or about October 12, 2016 Respondent was served a subpoena regarding a pending case against Respondent. I was subsequently laid off on or about Monday October 17, 2016. My foreman told me that he was not responsible for the decision to lay me off; he stated that the decision came from "the higher ups". My check was also four hours short. Furthermore I did not receive a "Brass" (ornament used to clock in and out when we arrive and return with the Sulfur Monitors at the end of the work shift), but the other workers received their "Brass" when they arrived to work at 6:00 AM Monday October 17, 2016.

On or about October 18, 2016 I went to the Union Hall to report the four hours shorted in my

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Jan 05, 2017
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

RECEIVED JAN 05 2017 EEOC-OAKL

PRIVACY ACT STATEMENT: Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. FORM NUMBER/TITLE/DATE. EEOC Form 5, Charge of Discrimination (11/09).

2. AUTHORITY. 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. PRINCIPAL PURPOSES. The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. ROUTINE USES. This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION. Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 555-2017-00290 |

California Department Of Fair Employment & Housing ___ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Lindsey L. Austin | (707) 704-8295 | 1970 |

Street Address: 1225 Griffin Drive, Vallejo, CA 94589

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CHERNE | 201 - 500 | (510) 323-6261 |

Street Address: 756 West Gertrude Ave., Richmond, CA 94801

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-17-2016   Latest: 10-17-2016
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was given dispatch papers as SCAFFOLDING on or about October 3, 2016 and start my employment with Respondent on or about October 6, 2016. I was qualified for this position and performed my job duties satisfactorily.

On or about October 12, 2016 I was asked to switch to CIVIL CARPENTER. On or about October 12, 2016 Respondent was served a subpoena regarding a pending case against Respondent. I was subsequently laid off on or about Monday October 17, 2016. My foreman told me that he was not responsible for the decision to lay me off; he stated that the decision came from "the higher ups". My check was also four hours short. Furthermore I did not receive a "Brass" (ornament used to clock in and out when we arrive and return with the Sulfur Monitors at the end of the work shift), but the other workers received their "Brass" when they arrived to work at 6:00 AM Monday October 17, 2016.

On or about October 18, 2016 I went to the Union Hall to report the four hours shorted in my

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Jan 05, 2017
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

RECEIVED JAN 05 2017 EEOC - OAKL

PRIVACY ACT STATEMENT: Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. FORM NUMBER/TITLE/DATE. EEOC Form 5, Charge of Discrimination (11/09).

2. AUTHORITY. 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. PRINCIPAL PURPOSES. The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. ROUTINE USES. This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION. Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

**PRESS FIRMLY TO SEAL**  **PRESS FIRMLY TO SEAL**

# PRIORITY
## ★ MAIL ★

 DATE OF DELIVERY SPECIFIED*

 USPS TRACKING™ INCLUDED*

 INSURANCE INCLUDED*

 PICKUP AVAILABLE

* Domestic only

FROM: Lindsey L. Austin
1225 Griffin Dr
Vallejo CA 94589

TO: U.S. District Court Cle
1301 Clay St #400 S,
Oakland, CA 94612

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.



USPS TRACKING #

Label 400 Jan. 2013
7690-16-000-7848
P14F July 2013

**VISIT US AT USPS.COM®**

