Kevin D. Whittaker, State Bar No. 224700
    kevin.whittaker@bakermckenzie.com
Benjamin R. Buchwalter, State Bar No. 301130
    ben.buchwalter@bakermckenzie.com
**BAKER & McKENZIE LLP**
660 Hanson Way
Palo Alto, CA 94304
Telephone: +1 650 856 2400
Facsimile: +1 650 856 9299

Attorneys for Defendants,
KIEWIT INFRASTRUCTURE WEST CO.,
and CHERNE CONTRACTING CORPORATION

UNITES STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSEY L. AUSTIN,<br><br>    Plaintiff,<br><br>v.<br><br>KIEWIT INFRASTRUCTURE WEST CO., et al.,<br><br>    Defendants. | **Case No. 17-cv-01920-JST**<br><br>**Date Action Filed: April 6, 2017**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT**<br><br>**L.R. 6-1(b)**<br><br>**Crtrm:**     **9, 19th Floor**<br>**Judge:**     **The Honorable**<br>                 **Jon S. Tigar** |

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
CASE NO. CASE NO. 17-CV-01920-JST

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Pursuant to L.R. 6-1(b), this Stipulation is made and entered into by and between pro per |
| 3 | Plaintiff Lindsey L. Austin ("Plaintiff") and Defendants Kiewit Infrastructure West Co. and Cherne |
| 4 | Contracting Corporation ("Defendants"), and collectively (the "Parties"), in order to extend the time |
| 5 | for Defendants to file their responsive pleading to Plaintiff's Complaint, filed on April 6, 2017, by |
| 6 | approximately 14 days. Plaintiff and Defendants, through their respective counsel of record, agree |
| 7 | and stipulate as follows: |

1. WHEREAS, Plaintiff filed his Complaint on April 6, 2017;
2. WHEREAS, an employee of Defendant Kiewit Infrastructure West Co. was served on May 11, 2017;
3. WHEREAS, presuming effective service for purposes of this Stipulation only, Defendants would need to file a responsive pleading by June 1, 2017;
4. WHEREAS, Defendants did not retain counsel until June 1, 2017;
5. WHEREAS, on June 1, 2017, Defendants requested an extension of 21 days, and Plaintiff agreed to an extension of 14 days;
6. WHEREAS, on April 6, 2017, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines, scheduling the Initial Case Management Conference for July 6, 2017, and Rule 26(f) and ADR deadlines for June 15, 2017 and June 29, 2017;
7. WHEREAS, in light of the requested extension of time for Defendants to answer or otherwise respond to the Complaint, the Parties respectfully request the Court to also continue the Initial Case Management Conference and related deadlines for at least 14 days, in order for the Parties to file a responsive pleading and benefit meaningfully from Rule 26(f) and ADR proceedings;
8. WHEREAS, there have been no other extensions in time in this case;
9. NOW THEREFORE, in consideration of the foregoing, Plaintiff and Defendants, by and through their respective counsel, hereby STIPULATE and AGREE as follows:
    a. Defendants' time to file a responsive pleading to Plaintiff's Complaint in this action is extended up to and including June 15, 2017;

1

    b. The Parties respectfully request the court to vacate the Order setting the Initial Case Management Conference and ADR Deadlines, and issue a new Order with deadlines subsequent to June 15, 2017; and

    c. By entering into this Stipulation, Defendants in no way concede liability with respect to any of Plaintiff's claims and expressly reserve and preserve all rights and defenses with respect thereto.

**IT IS SO AGREED UPON AND STIPULATED**

DATED: June 1, 2017.

                                                                                    BAKER & McKENZIE LLP

                                                                                    By: */s/ Kevin D. Whittaker*
                                                                                       Kevin D. Whittaker
                                                                                       Attorneys for Defendant
                                                                                       KIEWIT INFRASTRUCTURE WEST CO., and CHERNE CONTRACTING CORPORATION

DATED: June 1, 2017

                                                                                  By: */s/ Lindsey Austin*
                                                                                     Lindsey Austin
                                                                                     *In Pro Per*

**FILER'S ATTESTATION OF CONCURRENCE**

I, Kevin Whittaker, attest that I am one of the attorneys for Defendants Kiewit Infrastructure West Co. and Cherne Contracting Corporation. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: June 1, 2017                                       */s/ Kevin Whittaker*
                                                               Kevin Whittaker

**LINDSEY AUSTIN v. KIEWIT INFRASTRUCTURE WEST CO., et al.**
**U.S. District Court for the Northern District of California - Case No. 17-cv-01920-JST**

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, the following is ORDERED:

Defendants' time to file responsive pleadings to Plaintiff's Complaint in this action is extended to and including **June 15, 2017**; and

The Court vacates the Order setting the Initial Case Management Conference and ADR Deadlines, and will subsequently issue a new Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 5, 2017

Jon S. Tigar
United States District Judge