UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSEY L. AUSTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KIEWIT INFRASTRUCTURE WEST CO., et al.,<br><br>　　　　Defendants. | Case No. 17-cv-01920-JST<br><br>**ORDER TO SHOW CAUSE** |

On October 4, 2017, the Court appointed attorney Dow Patten to represent Plaintiff on a pro bono basis. ECF No. 38. The Court served its order of appointment on Mr. Patten at the address he provided to the Court. ECF No. 38-1. When the service copy of the order was returned as undeliverable, ECF No. 39, the Court served the order again on October 16, 2017, this time at the address for Mr. Patten listed on the State Bar website. ECF No. 40.

In its order, the Court directed that Plaintiff file a response to Defendants' motion to dismiss by November 17, 2017. ECF No. 38. As of today, no response has been filed.

Accordingly, good cause appearing, the Court now orders as follows:

1.　Dow Patten is hereby ORDERED TO SHOW CAUSE why monetary sanctions should not be imposed against him pursuant to Rule 16(f) of the Federal Rules of Civil Procedure and/or the Court's inherent authority; he should not be removed as counsel in this proceeding; or both.

2.　A hearing on this Order to Show Cause is set for January 11, 2018 at 2:00 p.m. A written response is due January 4, 2018 by 5:00 p.m.

3.　The hearing on Defendants' motion to dismiss, currently set for January 11, 2018,

is vacated.  The Court will reset the hearing at a later date.

The Clerk is directed to mail a copy of this order to Mr. Patten at his San Francisco and Los Angeles addresses.

**IT IS SO ORDERED.**

Dated:  December 11, 2017

_____
JON S. TIGAR
United States District Judge