UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSEY L. AUSTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>KIEWIT INFRASTRUCTURE WEST CO., et al.,<br><br>    Defendants. | **Case No. 17-cv-01920-JST**<br><br>**Date Action Filed: April 6, 2017**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION AND PROPOSED ORDER RE REQUEST TO PERMIT TELEPHONIC APPEARANCE AT JANUARY 11 HEARING ON THE COURT'S ORDER TO SHOW CAUSE**<br><br>**Date:** January 11, 2018<br>**Time:** 2:00 p.m.<br>**Crtrm:** 9, 19th Floor<br>**Judge:** The Honorable Jon S. Tigar |

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

[PROPOSED] ORDER GRANTING STIPULATION TO PERMIT TELEPHONIC APPEARANCE AT OSC HEARING
CASE NO. CASE NO. 17-CV-01920-JST

Pursuant to the Stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the ~~parties~~ Defendants may appear at the hearing on the Court's Order to Show Cause, scheduled for January 11, 2018 at 2:00 pm, by telephone.

IT IS SO ORDERED

DATED: January 5, 2018

By: _____
HONORABLE JON S. TIGAR
U.S. DISTRICT JUDGE