SMITH PATTEN
DOW W. PATTEN, ESQ. (SBN: 135931)
888 S. Figueroa St., Suite 2030
Los Angeles, California 90017
Telephone (213) 488-1300; (415) 402-0084
Facsimile (415) 520-0104
dow@smithpatten.com

Attorney for Plaintiff
LINDSEY L. AUSTIN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSEY L. AUSTIN, | Case No. 17-cv-01920-JST |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT |
| v. | |
| KIEWIT INFRASTRUCTURE WEST CO., et al., | Complaint filed: April 6, 2017 |
| Defendants. | |

The parties, through their respective counsel of record herein, hereby STIPULATE as follows:

1. On July 31, 2017 Plaintiff, in pro per, filed a First Amended Complaint. (Dkt # 30)

2. On August 14, 2017 Defendants filed a Motion to Dismiss the First Amended Complaint (Dkt# 33 )

3. On October 4, 2017 the Court appointed DOW W. PATTEN as pro bono counsel in this matter. (Dkt #38).

4. The parties, through their counsel of record herein have met and conferred, and have agreed that permitting Plaintiff to file an amended complaint may potentially clarify or address a number of the issues raised in Defendants' Motion to Dismiss (Dkt# 33).

5. In the interests of expediting this case and further in the interests of judicial economy, the parties hereby STIPULATE that Plaintiff be granted leave to file a Second Amended Complaint in this matter, and request that the Court enter the Proposed Order below.

SO STIPULATED,

        BAKER & MCKENZIE LLP

Dated: 01/09/18     /s/ Benjamin R. Buchwalter
Benjamin R. Buchwalter
Attorneys for Defendants
KIEWIT INFRASTRUCTURE WEST CO., and CHERNE CONTRACTING CORPORATION

SMITH PATTEN

Dated: 01/09/18

    /s/ Dow W. Patten
DOW W. PATTEN
Attorney for Plaintiff
LINDSEY L. AUSTIN

## [PROPOSED] ORDER

Having reviewed the Stipulation of the parties, and GOOD CAUSE APPEARING, Plaintiff is hereby granted leave to file a Second Amended Complaint in this matter and shall do so within seven (7) days of entry of this ORDER.

SO ORDERED, this 10 day of January, 2018

    Hon. Jon S. Tigar
United States District Judge