Benjamin R. Buchwalter, State Bar No. 301130
   ben.buchwalter@bakermckenzie.com
**BAKER & McKENZIE LLP**
660 Hanson Way
Palo Alto, CA 94304
Telephone: +1 650 856 2400
Facsimile: +1 650 856 9299

Attorneys for Defendants,
KIEWIT INFRASTRUCTURE WEST CO.,
and CHERNE CONTRACTING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSEY L. AUSTIN,<br><br>          Plaintiff,<br><br>     v.<br><br>KIEWIT INFRASTRUCTURE WEST CO., et al.,<br><br>          Defendants. | **Case No. 17-cv-01920-JST**<br><br>**Date Action Filed: April 6, 2017**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION AND PROPOSED ORDER TO COMBINE HEARING DATES TO A SINGLE HEARING ON MARCH 21, 2018**<br><br>**Date:** March 21, 2018<br>**Time:** 2:00 p.m.<br>**Crtrm:** 9, 19th Floor<br>**Judge:** The Honorable Jon S. Tigar |

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

[PROPOSED] ORDER GRANTING STIPULATION TO COMBINE HEARING DATES
CASE NO. CASE NO. 17-cv-01920-JST

Pursuant to the Stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the Case Management Conference and Hearing on Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint are combined to March 21, 2018 at 2:00 pm.

IT IS SO ORDERED

DATED: March 15, 2018

By: _____
HONORABLE JON S. TIGAR
U.S. DISTRICT JUDGE