SMITH PATTEN
DOW W. PATTEN, ESQ. (SBN: 135931)
888 S. Figueroa St., Suite 2030
Los Angeles, California 90017
Telephone (213) 488-1300; (415) 402-0084
Facsimile (415) 520-0104
dow@smithpatten.com

Attorney for Plaintiff
LINDSEY L. AUSTIN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSEY L. AUSTIN, <br><br> Plaintiff, <br><br> v. <br><br> KIEWIT INFRASTRUCTURE WEST CO., et al., <br><br> Defendants. | Case No. 17-cv-01920-JST <br><br> [PROPOSED] ORDER GRANTING STIPULATED MOTION FOR SUBSTITUTION OF GWENDYLON DAVIS AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DECEASED PLAINTIFF LINDSEY L. AUSTIN <br><br> Complaint filed: April 6, 2017 |

The Court, having reviewed the Stipulated Motion for Substitution of Gwendylon Davis As Personal Representative of the Estate of Deceased Plaintiff Lindsey L. Austin, and GOOD CAUSE APPEARING, it is HEREBY ORDERED that Gwendylon Davis, As Personal Representative of the Estate of Deceased Plaintiff Lindsey L. Austin be substituted as Plaintiff in this matter.

SO ORDERED, this __25__ day of July, 2018

_____
Hon. Jon S. Tigar
United States District Judge

1

PROPOSED ORDER                                                                Case No.: 17-cv-01920-JST