SMITH PATTEN
DOW W. PATTEN, ESQ. (SBN: 135931)
888 S. Figueroa St., Suite 2030
Los Angeles, California 90017
Telephone (213) 488-1300; (415) 402-0084
Facsimile (415) 520-0104
dow@smithpatten.com

Attorney for Plaintiff
GWENDYLON DAVIS

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDYLON DAVIS as personal representative of Deceased Plaintiff LINDSEY L. AUSTIN,<br><br>Plaintiff,<br><br>v.<br><br>KIEWIT INFRASTRUCTURE WEST CO., et al.,<br><br>Defendants. | Case No. 17-cv-01920-JST<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AGREMENT AND PROPOSED ORDER THEREON**<br><br>**Complaint filed**: April 6, 2017 |

Plaintiff GWENDYLON DAVIS, as personal representative of Deceased Plaintiff LINDSEY AUSTIN, pursuant to Fed. R. Civ. P. 41(a)(2) hereby requests, pursuant to the settlement agreement between the parties that the Court dismiss with prejudice the operative complaint in this matter WITH PREJUDICE, all parties to bear their own fees and costs.

Respectfully submitted this 4th day of October, 2018          SMITH PATTEN

                                                                                                                                                                             */s/ Dow W. Patten*
                                                                                                                                                                             Attorney for Gwendylon Davis

# [PROPOSED] ORDER OF DISMISSAL

The Court, having reviewed the foregoing Request for Dismissal With Prejudice, hereby ORDERS this matter DISMISSED WITH PREJUDICE, each party to bear their own fees and costs.

SO ORDERED, this 24 day of October, 2018

_____
Hon. Jon S. Tigar
United States District Judge